**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 18, 2009

Charles R. Fulbruge III
Clerk

No. 08-20469
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JOSE ADILIO RIVERA, also known as Jose Alirio Rivera, also known as Jose
Nochez-Rivera, also known as Jose A Rivera, also known as Jose Rivera

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CR-428-ALL

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jose Adilio Rivera
raises arguments that are foreclosed by *United States v. Lopez-Ortiz*, 313 F.3d
225, 229-31 (5th Cir. 2002), which held that an immigration judge's failure to
inform an alien of his eligibility for discretionary waiver of removal at his
removal proceeding did not render the proceeding fundamentally unfair. *See
Romero-Rodriguez v. Gonzales*, 488 F.3d 672, 677 n.5 (5th Cir. 2007). The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.